IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) 8:07CR353 |
| vs. | ) |
| | ) ORDER |
| ENICE PRINCE, JR., | ) |
| Defendant. | ) |

Defendant Enice Prince, Jr., (Prince) appeared before the court on August 3, 2012, on the Petition for Warrant or Summons for Offender Under Supervision (Petition) (Filing No. 92). Prince was represented by Assistant Federal Public Defender Jeffrey L. Thomas and the United States was represented by Assistant U.S. Attorney Stephen D. Andersson. Through his counsel, Prince waived his right to a probable cause hearing on the Petition pursuant to Fed. R. Crim. P. 32.1(a)(1). I find that the Petition alleges probable cause and that Prince should be held to answer for a final dispositional hearing before Chief Judge Laurie Smith Camp.

The government moved for detention. Through counsel, Prince did not present any evidence or request a hearing. The court finds Prince has failed to carry his burden pursuant to 18 U.S.C. § 3143 and should be detained pending a dispositional hearing before Chief Judge Smith Camp.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Chief Judge Laurie Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 9:00 a.m. on October 4, 2012**. Defendant must be present in person.

2. Defendant Enice Prince, Jr., is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 3rd day of August, 2012.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge